| | |
|---|---|
| Probation Form No. 35<br>(1/92) | Report and Order Terminating Probation /<br>Supervised Release<br>Prior to Original Expiration Date |

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF NEW HAMPSHIRE**

*U.S. DISTRICT COURT OF NEW HAMPSHIRE — OCT 12 2006 FILED*

UNITED STATES OF AMERICA

v.                                                                                          Crim. No. 95-CR-53-01-JD

James Russell

    On April 6, 2001 the above named was placed on Supervised Release for a period of eight years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that James Russell be discharged from Supervised Release.

Respectfully submitted,

*[signature]*
Kevin L. Lavigne
U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __12th__ day of __October__, 20__06__.

*[signature]*
Honorable Joseph A. DiClerico, Jr.
U.S. District Judge